District Judge Tana Lin

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ARAFAT MUSAH,

          Plaintiff,

v.

JONATHAN WEEKS, *et al.*,[1]

          Defendants.

Case No. 2:25-cv-00113-TL

STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND [PROPOSED] ORDER

Noted for Consideration:
March 17, 2025

Plaintiff and Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to hold this case in abeyance until April 30, 2025. Plaintiff brought this litigation pursuant to the Administrative Procedure Act and Mandamus Act seeking, *inter alia*, to compel the U.S. Citizenship and Immigration Services ("USCIS") to schedule a naturalization interview and adjudicate his N-400, Application for Naturalization. Defendants' response to the Complaint is currently due on March 28, 2025. The parties are currently working towards a resolution to this

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Defendants substitute Senior Official Performing the Duties of Kika Scott for Ur Mendoza Jaddou and Secretary Kristi Noem for Alejandro Mayorkas.

STIPULATED MOTION AND [PROPOSED] ORDER
[Case No. 2:25-cv-00113-TL] - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

1  litigation. For good cause, the parties request that the Court hold the case in abeyance until April 30, 2025.

2  Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.

With additional time, this case may be resolved without the need of further judicial intervention. USCIS has scheduled Plaintiff's naturalization interview for April 23, 2025. The parties agree that once the interview is conducted that Plaintiff will dismiss this case without prejudice. Accordingly, the parties request this abeyance to allow USCIS to conduct Plaintiff's interview.

As additional time is necessary for this to occur, the parties request that the Court hold the case in abeyance until April 30, 2025. The parties will submit a joint status report on or before April 30, 2025.

//

//

//

//

//

STIPULATED MOTION AND [PROPOSED] ORDER
[Case No. 2:25-cv-00113-TL] - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

DATED this 17th day of March, 2025.

Respectfully submitted,

| | |
|---|---|
| TEAL LUTHY MILLER<br>Acting United States Attorney | MEENA PALLIPAMU IMMIGRATION LAW, PLLC |
| *s/ Michelle R. Lambert*<br>MICHELLE R. LAMBERT, NYS #4666657<br>Assistant United States Attorney<br>United States Attorney's Office<br>Western District of Washington<br>1201 Pacific Avenue, Suite 700<br>Tacoma, Washington 98402<br>Phone: (206) 553-7970<br>Fax:   (206) 553-4067<br>Email: michelle.lambert@usdoj.gov | *s/Meena Pallipamu*<br>MEENA PALLIPAMU, WSBA #31870<br>Meena Pallipamu Immigration Law, PLLC<br>4444 Woodland Park Ave. N., Ste. 203<br>Seattle, Washington 98103<br>Phone: 206-419-7332<br>Email: meena@meenaimmigrationlaw.com<br><br>*Attorney for Plaintiffs* |

*Attorneys for Defendants*

*I certify that this memorandum contains 280 words, in compliance with the Local Civil Rules.*

STIPULATED MOTION AND [PROPOSED] ORDER
[Case No. 2:25-cv-00113-TL] - 3

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

**[PROPOSED] ORDER**

The parties having stipulated and agreed, it is hereby so ORDERED. This case shall be held in abeyance until April 30, 2025. The parties shall file a stipulated motion for dismissal or a joint status report on or before April 30, 2025.

DATED this 18th day of March, 2025.

_____
Tana Lin
United States District Judge

STIPULATED MOTION AND [PROPOSED] ORDER
[Case No. 2:25-cv-00113-TL] - 4

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800