District Judge Tana Lin

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ARAFAT MUSAH,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>JONATHAN WEEKS, *et al.*,<br><br>　　　　　　　　　　Defendants. | Case No. 2:25-cv-00113-TL<br><br>STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND [PROPOSED] ORDER<br><br>Noted for Consideration:<br>April 29, 2025 |

For good cause, Plaintiff and Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to hold this case in abeyance until July 30, 2025. Plaintiff brought this litigation pursuant to the Administrative Procedure Act and Mandamus Act seeking, *inter alia*, to compel the U.S. Citizenship and Immigration Services ("USCIS") to schedule a naturalization interview and adjudicate his N-400, Application for Naturalization. This case is currently stayed through April 30, 2025. Dkt. No. 7. The parties are currently working towards a resolution to this litigation.

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for

STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND [PROPOSED] ORDER
[Case No. 2:25-cv-00113-TL] - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

1  counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ.
2  P. 1.

3      With additional time, this case may be resolved without the need of further judicial
4  intervention. USCIS conducted Plaintiff's naturalization interview on April 23, 2025. Plaintiff
5  did not pass the English writing component of the naturalization examination. As a result, USCIS
6  will schedule a second interview within the next 60 days from the date of the interview. 8 C.F.R.
7  § 335.3(b). The parties agree that once the re-examination is conducted that Plaintiff will dismiss
8  this case without prejudice. Accordingly, the parties request this abeyance to allow USCIS to
9  comply with the regulatory requirements for the scheduling of the re-examination.

10      As additional time is necessary for this to occur, the parties request that the Court hold the
11  case in abeyance until July 30, 2025. The parties will submit a joint status report on or before July
12  30, 2025.

13  //
14  //
15  //
16  //
17  //
18  //
19  //
20  //
21  //
22  //
23  //

    DATED this 29th day of April, 2025.
24

STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND [PROPOSED] ORDER
[Case No. 2:25-cv-00113-TL] - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

Respectfully submitted,

| | |
|---|---|
| TEAL LUTHY MILLER<br>Acting United States Attorney | MEENA PALLIPAMU IMMIGRATION LAW, PLLC |
| *s/ Michelle R. Lambert*<br>MICHELLE R. LAMBERT, NYS #4666657<br>Assistant United States Attorney<br>United States Attorney's Office<br>Western District of Washington<br>1201 Pacific Avenue, Suite 700<br>Tacoma, Washington 98402<br>Phone: (206) 553-7970<br>Fax:    (206) 553-4067<br>Email:  michelle.lambert@usdoj.gov | *s/ Meena Pallipamu*<br>MEENA PALLIPAMU, WSBA #31870<br>Meena Pallipamu Immigration Law PLLC<br>4444 Woodland Park Ave. N., Ste. 203<br>Seattle, Washington 98103<br>Phone: (206) 419-7332<br>Email:  meena@meenaimmigrationlaw.com<br><br>*Attorney for Plaintiff* |

*Attorneys for Defendants*

*I certify that this memorandum contains 308 words, in compliance with the Local Civil Rules.*

STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND [PROPOSED] ORDER
[Case No. 2:25-cv-00113-TL] - 3

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800

**[PROPOSED] ORDER**

The parties having stipulated and agreed, it is hereby so ORDERED. This case shall be held in abeyance until July 30, 2025. The parties shall file a stipulated motion for dismissal or a joint status report on or before July 30, 2025.

DATED this 29th day of April, 2025.

_____
TANA LIN
United States District Judge

STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND [PROPOSED] ORDER
[Case No. 2:25-cv-00113-TL] - 4

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800